No. 898, Misc.   CHAMBERS *v.* MCGEE, CORRECTIONS DIRECTOR, ET AL.   Supreme Court of California.   Certiorari denied.

No. 931, Misc.   IN RE JONES.   C. A. 9th Cir.   Certiorari denied.

No. 936, Misc.   CLINTON *v.* JOSHUA HENDY CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 896, Misc.   JONES *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 946, Misc.   FEATHER *v.* ELLIS, CORRECTIONS DIRECTOR.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 949, Misc.   HILDERBRAND *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 950, Misc.   RINALDO *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 955, Misc.   BRESSLER *v.* PENNSYLVANIA.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 980, Misc.   TAYLOR *v.* DISTRICT OF COLUMBIA UNEMPLOYMENT COMPENSATION BOARD ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   John Allen Weil* for respondents.

No. 982, Misc.   BIRCHER *v.* KANSAS.   Supreme Court of Kansas.   Certiorari denied.